## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

     Plaintiff,

          v.

ROBERT M. HIGGINS; CHICAGO TITLE
LAND TRUST CO., as the Successor Trustee of
THE BANK OF EDWARDSVILLE u/t/a No.
3627; TERRY D. BLASA REVOCABLE
LIVING TRUST; CLAY COUNTY, ILLINOIS;
and FARM CREDIT SERVICES OF ILLINOIS,
FLCA,

     Defendants.

NO. 12-cv-254-JPG-PMF

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: July 9, 2013          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                   **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**